IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

LEROY K. KUHNKE

    Plaintiff,

v.                                               Case No. 16-CV-629

RANDAL G. STELZNER, ET. AL.,

    Defendants.

---

## NOTICE OF APPEAL

---

    Notice is hereby given that Leroy K. Kuhnke, plaintiff in the above-entitled matter, appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered in this action on July 18, 2018.

    Respectfully submitted this 17th day of October, 2018.

    */s/ Leroy K. Kuhnke*

LEROY K. KUHNKE
CCI
P.O. BOX 900
PORTAGE, WISCONSIN 8#()!